UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

YUSNEIDY CAROLINA
RODRIGUEZ-GONZALEZ,

Petitioner,

v.                                                          No. 1:26-CV-00260-H

WARDEN, BLUEBONNET
DETENTION CENTER,

Respondent.

## ORDER

Petitioner is a native and citizen of Venezuela. Proceeding pro se, she filed a 28 U.S.C. § 2241 habeas petition to challenge her immigration detention in the Bluebonnet Detention Center. Dkt. No. 1. She seeks immediate release, a declaratory judgment that her detention is unlawful, and attorneys' fees.

Respondent filed a response and relevant records, arguing that the Court should deny the petition because Petitioner fails to demonstrate that her detention violates the Constitution or laws of the United States. Dkt. No. 8. In particular, Respondent argues that, even though Petitioner was present in the United States when ICE detained her, under the binding precedent recently established by the Fifth Circuit in *Buenrostro-Mendez v. Bondi*, Petitioner is nevertheless deemed an "application for admission" for purposes of Section 1225(a)(1) and, therefore, subject to mandatory detention without bond under Section 1225(b)(2)(A) for the duration of her removal proceedings. Dkt. No. 8 at 2–3; *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 502 (5th Cir. 2026). Additionally, Respondent argues that

Petitioner's due process claims have no merit, her claim for declaratory relief is not cognizable under habeas review, and she is not entitled to attorneys' fees. *Id.* at 3–6.

The deadline for Petitioner to file a reply expired on July 13, 2026. To date, she has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response.

The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes that Petitioner fails to demonstrate that her detention is unlawful and, in turn, fails to demonstrate that she is entitled to any of the relief that she seeks in her petition. Petitioner's petition is therefore denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated July 30, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge